FILED
GREAT FALLS DIV.

'06 JUN 1 PM 4 12

PATRICK E. DUFFY, CLERK

BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| CARLOS AMBRIZ,<br><br>                    Plaintiff,<br><br>vs.<br><br>JAMES MacDONALD, Warden; C/O KENNEDY; UNIT MANAGER FORSMAN; C/O KIMMET; C/O STUBBS; and SRGT. SULLIVAN,<br><br>                    Defendants. | CV 04-114-GF-SEH<br><br>**ORDER** |

On April 24, 2006, United States Magistrate Judge Carolyn S. Ostby entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendation to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Ostby's Findings and Recommendation for clear error.

---

[1] Docket No. 31.

Judge Ostby recommended the case be dismissed without prejudice under L.R. 5.5(b)[2] because Plaintiff has not been in contact with the Court since at least February 16, 2006. I see no clear error in Judge Ostby's Findings and Recommendation. Therefore, I adopt the Findings and Recommendation in full.

ORDERED:

1.  Plaintiff's Complaint is DISMISSED without prejudice.

DATED this 1ST day of June, 2006.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[2] On December 1, 2005, the Local Rules were amended, and L.R. 5.4(b) is now L.R. 5.5(b).